UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GRACIELA DONCOUSE,                  CIVIL ACTION NO.:
                                                            1:23-CV-1054-JGK

                 Plaintiff,

                                                  **STIPULATION**

-against-

GL CONCEPTS LLC d/b/a GOODLIFE
CLOTHING AND 260 ELIZABETH STREET
OWNER LLC,

                 Defendants
-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for their respective parties, as follows:

1. The firm of Horing Welikson Rosen & Digrugilliers PC hereby appears in this action on behalf of Defendant 260 Elizabeth Street Owner LLC ("260 Elizabeth").

2. The time of Defendant 260 Elizabeth within which to serve and file an answer to the Complaint herein, or to make any motion with respect to the Complaint is hereby extended to and including April 22, 2023.

3. 260 Elizabeth shall not contest service upon it of the Summons and Complaint herein.

4. Facsimile or electronic signatures affixed to this Stipulation shall be deemed to be originals for the purposes of this Stipulation.

Dated: March 23, 2023

| | |
|---|---|
| THE MARKS LAW FIRM, P.C.<br><br>By: _____<br>Bradley G. Marks<br>155 East 55th Street, Suite 4H<br>New York, New York 10022<br>(646) 770-3775<br>Attorneys for Plaintiff<br>Graciela Doncouse | HORING WELIKSON ROSEN &<br>DIGRUGILLIERS PC<br><br>By: _____<br>Richard T. Walsh<br>11 Hillside Avenue<br>Williston Park, New York 11596<br>(5156) 535-1700<br>Attorneys for Defendant 260 Elizabeth<br>Street Owner LLC |

So Ordered: 3/23/23
              Date

_____
U.S. D. J.

2