UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,

      - against -

GL CONCEPTS LLC, ET AL.,

                Defendants.

23-cv-1054 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 12, 2023.**

SO ORDERED.

Dated:     New York, New York
           April 24, 2023

                         John G. Koeltl
              United States District Judge