UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                Plaintiff,        23-cv-1054 (JGK)

     - against -              ORDER

GL CONCEPTS LCC, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held on October 3, 2023, the time for the plaintiff to apply by letter for restoration of the action is extended to **October 20, 2023**.

SO ORDERED.

Dated:    New York, New York
            October 3, 2023

                                                  John G. Koeltl
                                       United States District Judge