UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GRACIELA DONCOUSE,

          Plaintiff,

v.

GL CONCEPTS LLC d/b/a GOODLIFE
CLOTHING AND 260 ELIZABETH
STREET OWNER LLC,

          Defendants.
-----------------------------------------------------------x

STIPULATION OF DISMISSAL
WITH PREJUDICE

Civil Action No. 1:23-cv-01054-JGK

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, that this action, together with all claims, counterclaims and cross-claims, as against all parties, be, and the same hereby are discontinued, with prejudice, without costs to either party as against the other. Facsimile signatures shall be deemed originals and this stipulation may be signed in counterparts.

Dated:    New York, New York
            August __, 2023

THE MARKS LAW FIRM

By: _____
Bradly G. Marks
155 East 55th St, Suite 4H
New York, New York 10022
646.770.3775
*Attorney for GRACIELA DONCOUSE*

10

HORING WELIKSON ROSEN & DIGRUGILLIERS PC

By: _/s/ Richard T. Walsh_

Richard T. Walsh
11 Hillside Avenue
Williston Park, New York 11596
(516) 535-1700
*Attorneys for 260 ELIZABETH STREET OWNER LLC*

HAWORTH BARBER & GERSTMAN, LLC

By: _/s/ Barry Gerstman_

Barry Gerstman
777 Third Avenue, Suite 2104
New York, New York 10017
(212) 952-1103
*Attorneys for GL CONCEPTS LLC d/b/a GOODLIFE CLOTHING*

So Ordered:

_____
U.S.D.J.
4859-4913-0614, v. 1

11